UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CRISTIAN RAMIRO BORJA-MOLINA,

Petitioner,

KRISTI NOEM, TODD M. LYONS, WARDEN *et al.*

Respondents.

Case No.: 2:26-cv-08234

RECEIVED
AUG 10 2026
AT 8:30 ____M
CLERK, U.S. DISTRICT COURT - DNJ

Claire Claudia Cecchi

## NOTICE OF VOLUNTARY DISMISSAL OF HABEAS PETITION

Petitioner, CRISTIAN RAMIRO BORJA-MOLINA, in accordance with Rule 41 (a)(1) of the Federal Rules of Civil Procedure, respectfully notifies this Honorable Court of his desire to voluntarily dismiss his Petition for Writ of Habeas Corpus.

In support of this request, Petitioner states:

1. Petitioner filed a Petition for Writ of Habeas Corpus on JULY 3, 2026.
2. Petitioner wishes to withdraw the petition at this time.
3. No answer or motion for summary judgment has been filed by Respondent.

WHEREFORE, Petitioner respectfully requests that this Court dismiss the petition without prejudice.

Dated: 08/06/2026

Respectfully submitted,

CRISTIAN RAMIRO BORJA-MOLINA

[signature]

DELANEY HALL CONTRACT FACILITY

451 DOREMUS AVENUE, NEWARK, NEW JERSEY 07102

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/13/2026